## 20848. GAYTON, alias WILLIAMS, v. THE STATE.

BROYLES, C. J. The sole assignment of error in the bill of exceptions is upon the overruling of the motion for a new trial based on the usual general grounds only. The evidence amply authorized the verdict and was sufficient to exclude every reasonable hypothesis save that of the defendant's guilt. The cases cited in the brief of counsel for the plaintiff in error are easily distinguishable by their particular facts from this case. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1930.

*F. M. Gleason, S. W. Fariss,* for plaintiff in error.
*M. Neill Andrews, solicitor-general, Dean Owens,* contra.

## 20852. PATTERSON v. THE STATE.

BLOODWORTH, J. 1. The ground of the extraordinary motion for a new trial which alleges that a juror was related to the prosecutor within the degree prohibited by law is not argued or insisted upon in the brief of counsel for the plaintiff in error, and will be treated as abandoned.

2. A ground of the extraordinary motion was that one of the jurors rendering the verdict was not a legally qualified juror, for that prior to the trial he was guilty of certain acts and made certain statements which "clearly illustrated his prejudice and bias against movant; which said statements and the facts of said statement was unknown to movant at the time of his trial, and was never known to movant nor to his counsel until the 1st day of June, 1930." The State denied that the juror was disqualified, and made a counter-showing. Upon the issue thus raised "the trial judge occupies the place of a trior, and his finding that the juror was competent will not be reversed, unless, under all the facts, the discretion of the judge was manifestly abused." *McLeod* v. *State,* 128 *Ga.* 17 (7) (57 S. E. 83); *Taylor* v. *State,* 13 *Ga. App.* 689 (2), 692 (79 S. E. 862), and cit. The judge did not abuse his discretion in overruling the extraordinary motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1930.

*Homer L. Causey,* for plaintiff in error.